The Honorable Judge John H. Chun

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.S., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 2:23-cv-01628-JHC<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER** |

**STIPULATION**

Pursuant to Local Rule 7(j), Plaintiff R.S. ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant") hereby respectfully submit this stipulated motion for an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint – Class Action ("Complaint") and, in support thereof, state as follows:

1. Plaintiff filed his Complaint on October 25, 2023;

2. Pursuant to Fed. R. Civ. P. 12 (a)(1)(A)(i), Defendant's current deadline for responding to Plaintiff's Complaint is November 20, 2023;

3. Good cause exists to grant the extension because counsel for Defendant was recently retained and needs additional time to review the allegations, investigate the underlying

facts, and analyze issues regarding coordination and consolidation of multiple additional, similar, matters pending against Defendant, before preparing Defendant's response;

4. This motion is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion; and

5. Subject to Court approval, the Parties stipulate and agree that Defendant shall have an extension of time up to and including December 20, 2023 to answer, move or otherwise respond to Plaintiff's Complaint.

WHEREFORE, the Parties respectfully request that this stipulated motion be granted and that Defendant be granted an extension of time up to and including December 20, 2023 to answer, move or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD on this 20th day of November 2023.

*s/ Kristin M. Asai*
HOLLAND & KNIGHT LLP
Kristin M. Asai, WSBA #49511
Kristin.Asai@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

Ashley Shively (*pro hac vice forthcoming*)
ashley.shively@hklaw.com
Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900

*Attorneys for Defendant*

*s/ Kim D. Stephens*
TOUSLEY BRAIN STEPHENS PLLC
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
kstephens@tousley.com
rsolomon@tousley.com

Gary M. Klinger*
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Glen L. Abramson*
Alexandra M. Honeycutt*
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
gabramson@milberg.com

ahoneycutt@milberg.com
Counsel for Plaintiff and the Putative Class

\* pro hac vice forthcoming

*Attorneys for Plaintiff*

**ORDER**

It is so ORDERED:

Defendant shall have an extension of time up to and including December 20, 2023 to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this 21st day of November, 2023.

By: _____
Hon. Judge John H. Chun

PAGE 3 - STIPULATED MOTION AND ORDER FOR EXTENSION OF DEFENDANT'S TIME TO ANSWER: CASE NO. 2:23-CV-01628-JHC